# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 08-00652-SGL(OPx) | Date | February 9, 2009 |
|---|---|---|---|
| Title | PALM RIDGE, LLC -v- HERMAN AHLERS, TRUSTEE OF THE HERMAN AHLERS FAMILY TRUST, and DOES 1 through 20 | | |

| Present: The Honorable | HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Jim Holmes | Theresa Lanza |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearance | Bruce M. Lorman |

**Proceedings:**      (1)      ORDER TO SHOW CAUSE (OSC)

This matter came on regularly on calendar for a Rule 16(b) scheduling conference. Counsel for defendants present, however no appearance was made by or on behalf of plaintiff.

For the reasons as stated on the record, the scheduling conference set in this matter is deferred on calendar, and the plaintiff is ORDERED to show cause in writing no later than February 13, 2009, as to why this action should not be dismissed for want of prosecution.

Plaintiff's counsel is further ordered to show cause in writing no later than the same date as to why he should not reimburse the defendant's counsel's due to his non appearance at today's hearing . Defendant's counsel is granted leave of court to file a declaration regarding its costs for appearing at today's hearing.

This matter will stand submitted on the timely filed response by the plaintiff.

IT IS ORDERED.

|  | : | /02 |
|---|---|---|
| Initials of Preparer | jh | |